**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASWELL A. CRAWFORD,                )
                                    )
                 Petitioner,        )       Case No. 1:11-cv-296-SJM-SPB
                                    )
        v.                          )
                                    )
ARCHIE B. LONGLEY,                  )
                                    )
                 Respondent.        )


<u>**MEMORANDUM ORDER**</u>

The instant petition for writ of habeas corpus was received by the Clerk of Court

on December 1, 2011 and was referred to United States Magistrate Judge Susan

Paradise Baxter for report and recommendation in accordance with the Magistrates Act,

28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on October 3, 2012 [12], recommends

that the instant petition for writ of habeas corpus be denied.  Petitioner was allowed

fourteen (14) days from the date of service in which to file objections.  His objections

[13] were filed on October 15, 2012.  After <u>de</u> <u>novo</u> review of the petition and documents

in the case, together with the Report and Recommendation and Petitioner's objections

thereto, the following order is entered:

AND NOW, this 17th Day of October, 2012;

IT IS ORDERED that the Petition for Writ of Habeas Corpus shall be, and hereby is, DENIED.

The Report and Recommendation of Magistrate Judge Baxter, filed on October 3, 2012 [12], is adopted as the opinion of the Court.

s/   Sean J. McLaughlin

SEAN J. McLAUGHLIN
United States District Judge

cm:   All parties of record
U.S. Magistrate Judge Susan Paradise Baxter